JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOJIK TRANS LLC, an Ohio limited liability company; BEHZOD YUSUPOV, an individual<br><br>　　　　　Defendants. | Case No. 8:23-cv-02349-FWS-KES<br><br>**JUDGMENT** |

# **JUDGMENT**

On September 19, 2024, the court granted Plaintiff Ameris Bank's ("Plaintiff") Motion for Default Judgment against Defendant Tojik Trans LLC and Defendant Behzod Yusupov. ("Defendants"). (Dkt. 28.) Accordingly, having considered all the pleadings and papers filed in this case, the evidence on record and argument of counsel, and the applicable law, and for the good cause appearing therein, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

1. Judgment is entered in this matter, in favor of Plaintiff, and against Defendants, jointly and severally, in the total amount of **$65,981.37**; which represents (1) compensatory damages in the amount of $55,932.50; (2) prejudgment interest in the amount of $5,608.57; (3) attorneys' fees in the amount of $3,837.30; and (4) costs in the amount of $603.00.

2. The Clerk is **ORDERED** to enter this Judgment forthwith.

DATED: September 19, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE